DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARIO AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO AVILA,<br><br>　　　　　　　　Defendant. | No. 1:11-cr-0428 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND PROPOSED ORDER THEREON<br><br>Date:　March 5, 2012<br>Time:　1:00 p.m.<br>Judge:　Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for January 23, 2012, **may be continued to March 5, 2012, at 1:00 p.m.** The government is in agreement to this request.

The reason for this request is due to the continuance is to allow counsel for defendant time to review discovery, preliminary investigation and consideration of government's offer. The requested continuance will conserve time and resources for both counsel and the Court and also allow for continuity of counsel in these proceedings.

///

///

///

///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 20, 2012 | /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 20, 2012 | /s/ Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorney for Defendant<br>Mario Avila |

**O R D E R**

IT IS SO ORDERED.

**Dated:   January 20, 2012**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE