BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00428-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RONALD WILKOWSKI, and MARIO AVILA. | |
| Defendants, | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 29, 2012 at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the status conference until December 3, 2012 at 1:00 p.m. and to exclude time between October 29, 2012 and December 3, 2012 under 18 U.S.C.§ 3161(h)(7)(A), B(iv).  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

Avila, et al. Stipulation and Proposed Order

1

     b.    Plea negotiations are ongoing however the parties need additional time and believe that, based on the posture at this point, the matter will resolve.  Plea agreements have not been finalized thus additional time is needed to consult with the clients and the government regarding the ongoing plea negotiations and conduct any further investigation that may arise as the result of the negotiations.

     c.    Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence.

     d.    The government does not object to the continuance.

     e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 29, 2012 to December 3, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  October 25, 2012        /s/ Laurel J. Montoya  
                                       LAUREL J. MONTOYA  
                                       Assistant United States Attorney

DATED:  October 25, 2012        /s/ Anthony P. Capozzi  
                                       ANTHONY P. CAPOZZI  
                                       Attorney for Defendant Wilkowski

///

///

1 | DATED: October 25, 2012            /s/ Francine Zepeda
2 |                                    FRANCINE ZEPEDA
  |                                    Attorney for Defendant Avila
3
4 |                              O R D E R
5
   The parties' request for a continuance of the status conference is DENIED.
6
7 | IT IS SO ORDERED.
8 |    Dated:   **October 25, 2012**              **/s/ Sheila K. Oberto**
  |                                          UNITED STATES MAGISTRATE JUDGE
9

Avila, et al. Stipulation and Proposed Order

3