BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00428-LJO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MARIO AVILA, | |
| Defendant. | |

WHEREAS, on May 31, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21U.S.C. § 853, based upon the plea agreement entered into between plaintiff and defendant Mario Avila forfeiting to the United States the following property:

    a)    Approximately $11,585.84 in U.S. Currency seized from Westamerica Bank account number 2253-96167-2;

AND WHEREAS, beginning December 5, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

Final Order of Forfeiture    1

1     AND WHEREAS, the Court has been advised that no third party has filed a claim
2 to the subject property and the time for any person or entity to file a claim has expired.
3     Accordingly, it is hereby ORDERED and ADJUDGED:
4     1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of
5 America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. §
6 853 and Fed. R. Crim. P. 32.2(b)(1), to be disposed of according to law, including all right,
7 title, and interest of Mario Avila.
8     2.  All right, title, and interest in the above-listed property shall vest solely in the
9 name of the United States of America.
10     3.  The United States Marshals Service shall maintain custody of and control over
11 the subject property until it is disposed of according to law.

13 IT IS SO ORDERED.

14     Dated:   **April 15, 2014**        **/s/ Lawrence J. O'Neill**
15                                                         UNITED STATES DISTRICT JUDGE